**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Frederick Jacob Linehan** | Social Security number or ITIN   xxx–xx–8567 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of Minnesota | |
| Case number: | 21–50607 | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Frederick Jacob Linehan

3/29/22

**By the court:** William J Fisher
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on March 29, 2022
Tricia Pepin Clerk, United States Bankruptcy Court
By: admin Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court

District of Minnesota

In re:  Case No. 21-50607-WJF

Frederick Jacob Linehan  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-5  User: admin  Page 1 of 2
Date Rcvd: Mar 30, 2022  Form ID: mnbb318  Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frederick Jacob Linehan, 14745 Twilight Rd, Onamia, MN 56359-4502 |
| cr | + | Exeter Finance LLC f/k/a Exeter Finance Corp., c/o Stewart, Zlimen & Jungers, Ltd., 2860 Patton Road, Roseville, MN 55113-1100 |
| 62768709 | + | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks CA 91411-2546 |
| 62768710 | + | Chimef/str, Attn: Bankruptcy, Po Box 417, San Francisco CA 94104-0417 |
| 62788812 | + | Jessica L. Hardy, D.D.S., P.A, 320 2nd Avenue South, Suite 106, Moorhead MN 56560-2602 |
| 62768715 | + | Minnesota Power, 30 W Superior St, Duluth MN 55802-2093 |
| 62768719 | + | United Accounts, Inc., Attn: Bankruptcy, Po Box 9239, Fargo ND 58106-9239 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | EDI: MINNDEPREV.COM | Mar 31 2022 01:18:00 | Minnesota Department of Revenue, Bankruptcy Section, PO BOX 64447, St Paul, MN 55164-0447 |
| smg | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Mar 30 2022 21:19:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| smg | + | Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Mar 30 2022 21:19:00 | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 62768708 | + | Email/Text: bankruptcies@amerassist.com | Mar 30 2022 21:19:00 | AmerAssist A/R Solutions, Inc., Po Box 26095, Columbus OH 43226-0095 |
| 62768711 | + | EDI: CCS.COM | Mar 31 2022 01:18:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood MA 02062-2679 |
| 62770429 | + | EDI: AISACG.COM | Mar 31 2022 01:18:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 62768712 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Mar 30 2022 21:15:53 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving TX 75016-6008 |
| 62768713 | + | Email/Text: bankruptcy@greenskycredit.com | Mar 30 2022 21:19:00 | Greensky Credit, Attn: Bankruptcy, 1797 Ne Expressway Ste 100, Atlanta GA 30329-2451 |
| 62768714 | | EDI: IRS.COM | Mar 31 2022 01:18:00 | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia PA 19101-7346 |
| 62768716 | + | EDI: MINNDEPREV.COM | Mar 31 2022 01:18:00 | MN Dept of Revenue, Attn: Denise Jones, PO Box 64447, Saint Paul MN 55164-0447 |
| 62768717 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2022 21:28:45 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville SC 29603-0497 |
| 62768718 | + | EDI: COMCASTCBLCENT | Mar 31 2022 01:18:00 | Telecom Self-reported, Po Box 4500, Allen TX 75013-1311 |
| 62768720 | + | EDI: VERIZONCOMB.COM | Mar 31 2022 01:18:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs MO 63304-2225 |

District/off: 0864-5 | User: admin | Page 2 of 2
Date Rcvd: Mar 30, 2022 | Form ID: mnbb318 | Total Noticed: 20
TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 01, 2022            Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley J. Halberstadt | on behalf of Creditor Exeter Finance LLC f/k/a Exeter Finance Corp. bankruptcy@szjlaw.com |
| J. Richard Stermer | rstermer@stermerlaw.com  mn21@ecfcbis.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |
| Wesley W. Scott | on behalf of Debtor 1 Frederick Jacob Linehan samantha@lifebacklaw.com  ScottWR72722@notify.bestcase.com |

TOTAL: 4